371 A.2d 859
Commonwealth v. Kale, Appellant.

Submitted April 2, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: There is no indication on the record that appellant received the required written notice prior to his probation revocation hearing. The

judgment of sentence, therefore, is reversed and the case remanded with instructions to hold a new probation revocation hearing after written notice of the alleged violations. Commonwealth v. Stratton, 235 Pa.Superior Ct. 566, 344 A.2d 636 (1975); Commonwealth v. Henderson, 234 Pa.Superior Ct. 498, 340 A.2d 483 (1975); Commonwealth v. Alexander, 232 Pa.Superior Ct. 57, 331 A.2d 836 (1974).

VAN der VOORT, J., dissents.